**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,      )<br>           Plaintiff,            )<br>                                        )<br>vs.                                    )<br>                                        )<br>Nathan Yazzie,                    )<br>           Defendant.         )<br>_____) | CR09-08106-001-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraphs A and B of the Petition to Revoke Supervised Release.

    IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **EIGHT (8) MONTHS** on each count, with credit for time served. The sentences of incarceration shall run concurrently with each other but consecutively to the sentence imposed in CR 09-04173MP-001-PCT-MEA.

    DATED this 7th day of June, 2011.

_____
Mark E. Aspey
United States Magistrate Judge